# UNITED STATES DISTRICT COURT
## For the WESTERN DISTRICT OF NORTH CAROLINA

### MISCELLANEOUS NO. 3:15MC171

**IN RE:**    **Cameras and Phones Permitted for Naturalization Ceremonies**

FILED
CHARLOTTE, NC
SEP 1 1 2015
US District Court
Western District of NC

## O R D E R

**THIS MATTER** is before the Court upon its own motion.

The United States District Court for the Western District of North Carolina hereby authorizes the presence of cameras and cell phones in all courthouses during any naturalization ceremony. All persons attending such ceremonies shall be permitted to keep their cameras and cell phones in their possession.

The Clerk shall post a notice advising all parties to mute cell phones upon entering the courtroom.

**IT IS, THEREFORE, ORDERED** this 10th day of September, 2015.

Frank D. Whitney, Chief
U.S. District Court Judge